**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN BRITTON, EVA JACINTO, CELESTE FELICE, GLENDA DILLON, STEPHEN GEARHART, PATRICIA JONES, MELISSA WARREN, NICOLE SENKPEIL, ENIKO GEDO, JEREMY YOUNG, RHONDA HUNT MUHAMMED, KRISTEN LUIZ, ANTHONY RASPANTINI, FRANCINE LEWIS, and MATTHEW KAKOL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ARC AUTOMOTIVE, INC., <br> AUDI AKTIENGESELLSCHAFT, <br> AUDI OF AMERICA, LLC, <br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, <br> BMW OF NORTH AMERICA, LLC, <br> FORD MOTOR COMPANY, <br> GENERAL MOTORS, LLC, <br> JOYSON SAFETY SYSTEMS, <br> DR. ING. H.C. F. PORSCHE AG, <br> PORSCHE CARS NORTH AMERICA, INC., <br> TOYODA GOSEI NORTH AMERICA, INC., <br> VOLKSWAGEN AKTIENGESELLSCHAFT, and <br> VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Defendants. | Case No. 3:22-CV-03053-JD <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  On August 15, 2022, Defendants Automotive, Inc., Audi of America, LLC, Ford Motor
2  Company, General Motors, LLC, Joyson Safety Systems, Toyoda Gosei North America, Inc., and
3  Volkswagen Group of America, Inc. (collectively, "Defendants") filed an Administrative Motion
4  to Re-Set the August 25, 2022 Case Management Conference ("Motion"). Having reviewed the
5  parties' submissions, and having considered all other issues presented to the Court, the Court does
6  not find good cause to re-set the initial case management conference.
7  Accordingly, IT IS HEREBY ORDERED that Defendants' Motion is DENIED, and that
8  the Case Management Conference currently set for August 25, 2022 at 10:00 a.m. shall proceed
9  as scheduled.
10  IT IS SO ORDERED.

Dated: _____

JAMES DONATO
United States District Judge