MICHAEL D. LEFFEL, appearance *pro hac vice*
  mleffel@foley.com
**FOLEY & LARDNER LLP**
150 EAST GILMAN STREET, STE. 5000
MADISON, WI 53703-1482
TELEPHONE:  608-257-5035
FACSIMILE:   608-258-4258

Attorneys for Defendant
ARC AUTOMOTIVE, INC.

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BRITTON, EVA JACINTO, CELESTE FELICE, GLENDA DILLON, STEPHEN GEARHART, PATRICIA JONES, MELISSA WARREN, NICOLE SENKPEIL, ENIKO GEDO, JEREMY YOUNG, RHONDA HUNT MUHAMMED, KRISTEN LUIZ, ANTHONY RASPANTINI, FRANCINE LEWIS, and MATTHEW KAKOL, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>   vs.<br><br>ARC AUTOMOTIVE, INC., AUDI AKTIENGESELLSCHAFT, AUDI OF AMERICA, LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, BMW OF NORTH AMERICA, LLC, FORD MOTOR COMPANY, GENERAL MOTORS, LLC, JOYSON SAFETY SYSTEMS, DR. ING. H.C.F. PORSCHE AG, POSRCHE CARS NORTH AMERICA, INC., TOYODA GOSEI NORTH AMERICA, INC., VOLKSWAGEN AKTIENGESELLSCHAFT, and VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>                     Defendants. | Case No. 3:22-cv-03053-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER RE STIPULATED ADMINISTRATIVE MOTION TO CONFIRM BENCH RULING**<br><br>Complaint Filed:  May 24, 2022<br><br>Hon. Trina L. Thompson |

**STIPULATION**

Pursuant to L.R. 7-11(a) and 7-12, and as set forth more fully in the Stipulated Administrative Motion filed concurrently herewith, Plaintiffs John Britton, Eva Jacinto, Celeste Felice, Glenda Dillon, Stephen Gearhart, Patricia Jones, Melissa Warren, Nicole Senkpeil, Eniko Gedo, Jeremy Young, Rhonda Hunt Muhammed, Kristen Luiz, Anthony Raspantini, Francine Lewis, and Matthew Kakol (together, "Plaintiffs") and Defendants ARC Automotive, Inc., Audi of America, LLC, Ford Motor Company, General Motors, LLC, Joyson Safety Systems, Toyoda Gosei North America, Inc., Volkswagen Group of America, Inc., Porsche Cars North America, Inc., and BMW of North America, LLC (together, "Defendants") together stipulate that subject to the Court's approval, all proceedings and deadlines in this case are stayed pending the resolution of the Motion for Transfer of Actions to the Northern District of Georgia and for Consolidation Pursuant to 28 U.S.C. § 1407, pending before the Judicial Panel on Multidistrict Litigation as *In re ARC Inflators Products Liability Litigation*, MDL No. 3051.

Dated: September 2, 2022

*/s/ Michael D. Leffel*
MICHAEL D. LEFFEL, appearance *pro hac vice*
   mleffel@foley.com
**FOLEY & LARDNER LLP**
150 EAST GILMAN STREET, STE. 5000
MADISON, WI 53703-1482
TELEPHONE:  608-257-5035
FACSIMILE:   608-258-4258

JEFFREY A. SOBLE, appearance *pro hac vice*
   jsoble@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, STE. 3000
CHICAGO, IL  60654-4762
TELEPHONE:  312-832-4500
FACSIMILE:  312-832-4700

MICHAEL A. NARANJO, CA Bar No. 221449
   mnaranjo@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA ST., STE. 1700
SAN FRANCISCO, CA  94104-1520
TELEPHONE:  415-434-4484
FACSIMILE:  415-434-4507

JOHN J. ATALLAH, CA Bar No. 294116
   jatallah@foley.com
KENDALL E. WATERS, CA Bar No. 329963
   kwaters@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER ST., STE. 3300

STIPULATION AND [PROPOSED] ORDER ON ADMINISTRATIVE MOTION
-1-                                        Case No. 3:22-cv-03053-TLT

LOS ANGELES, CA  90071-2418
TELEPHONE:  213-972-4500
FACSIMILE:  213-486-0065

*Attorneys for Defendant ARC Automotive, Inc.*

Dated: September 2, 2022

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Elizabeth T. Castillo (SBN 280502)
ecastillo@cpmlegal.com
Kevin J. Boutin (SBN 334965)
kboutin@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000

Matthew D. Schultz (admitted *pro hac vice*)
mschultz@levinlaw.com
William F. Cash (admitted *pro hac vice*)
bcash@levinlaw.com
Scott Warrick (admitted pro hac vice)
swarrick@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
**Tel**: (850) 435-7140

R. Frank Melton, II (admitted *pro hac vice*)
melton@newsomelaw.com
C. Richard Newsome (admitted *pro hac vice* )
newsome@newosmelaw.com
William C. Ourand, Jr. (admitted *pro hac vice*)
ourand@newsomelaw.com
**NEWSOME MELTON, P.A.**
201 S. Orange St., #1500
Orlando, FL 32801
Tel: (407) 280-1433

Courtney L. Davenport (admitted *pro hac vice*)
courtney@thedavenportlawfirm.com
**THE DAVENPORT LAW FIRM, LLC**
18805 Porterfield Way
Germantown, MD 20874
Tel: (703) 901-1660

*Counsel for Plaintiffs & the Proposed Classes*

Dated: September 2, 2022

*/s/ Amir M. Nassihi*
Amir M. Nassihi (SBN 235936)
anassihi@shb.com
**SHOOK HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300

STIPULATION AND [PROPOSED] ORDER ON ADMINISTRATIVE MOTION
Case No. 3:22-cv-03053-TLT

San Francisco, CA 94105
(415) 544-1900
Fax: (415) 391-0281

R. Kent Warren (pro hac vice application pending)
kwarren@mcguirewoods.com
Abigail A. Golden (admitted *pro hac vice*)
agolden@mcguirewoods.com
**MCGUIREWOODS LLP**
201 N. Tryon St., Suite 3000
Charlotte, NC 28201
704-343-2365
Fax: 704-805-5081

Perry Watson Miles, IV (admitted *pro hac vice*)
pmiles@mcguirewoods.com
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804-775-1039

*Attorneys for Defendant Ford Motor Company*

Dated: September 2, 2022          */s/ April Nelson Ross*

April Nelson Ross (admitted *pro hac vice*)
aross@crowell.com
Rachel P. Raphael (admitted *pro hac vice*)
rraphael@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500

Mariam Sarwar, I (SBN 329895)
msarwar@crowell.com
**CROWELL & MORING LLP**
515 South Flower Street, 40th floor
Los Angeles, CA 90071
269-719-5582

Nathaniel Philip Bualat (SBN 226917)
nbualat@crowell.com
**CROWELL & MORING LLP**
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
(415) 986-2800
Fax: (415) 986-2827

*Attorneys for Defendant General Motors, LLC*

Dated: September 2, 2022          */s/ Benjamin W. Jeffers*

Benjamin W. Jeffers (admitted *pro hac vice*)
bjeffers@hhbjs.com

Andrew M. Gonyea (admitted *pro hac vice*)
agonyea@hhbjs.com
**HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC**
1 Woodward Ave
Suite 2000
Detroit, MI 48226
313-964-8600
Fax: 313-964-8601

*Attorneys for Defendant Key Safety Systems d/b/a Joyson Safety Systems*

Dated: September 2, 2022        /s/ *Lisa R. Weddle*
David L. Schrader (SBN 149638)
dschrader@morganlewis.com
Lisa R. Weddle (SBN 259050)
lisa.weddle@morganlewis.com
**MORGAN LEWIS AND BOCKIUS LLP**
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213-612-2500
Fax: 213-612-2501

Mark Andrew Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN LEWIS BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
415-442-1000

*Attorneys for Defendant Toyoda Gosei North America, Inc.*

Dated: September 2, 2022        /s/ *Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@kslaw.com
Susan V. Vargas (SBN 177972)
svargas@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4355

*Attorneys for Defendants Volkswagen Group of America, Inc. and Audi of America, LLC*

Dated: September 2, 2022        /s/ *Derek Scott Whitefield*
Derek Scott Whitefield
dwhitefield@dykema.com
Tamara A. Bush

STIPULATION AND [PROPOSED] ORDER ON ADMINISTRATIVE MOTION
Case No. 3:22-cv-03053-TLT

tbush@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  213-457-1800
Facsimile: 213-457-1850

*Attorneys for Defendant Porsche Cars North
America, Inc.*

Dated: September 2, 2022

/s/ *Eric Y. Kizirian*
Eric Y Kizirian
eric.kizirian@lewisbrisbois.com
Zourik Zarifian
zourik.zarifian@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD AND SMITH**
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Telephone:  213-250-1800
Facsimile: 213-250-7900

*Attorneys for Defendant BMW of North America, LLC*

**ATTORNEY ATTESTATION**

I, Michael D. Leffel, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

/s/ *Michael D. Leffel*

1

## [PROPOSED] ORDER

2      Having reviewed the Administrative Motion and Stipulation submitted jointly by the parties, the

3 Court confirms, consistent with the August 29, 2022, minute order, that all proceedings and deadlines in

4 this case are stayed pending the resolution of the Motion for Transfer of Actions to the Northern District

5 of Georgia and for Consolidation Pursuant to 28 U.S.C. § 1407, pending before the Judicial Panel on

6 Multidistrict Litigation as *In re ARC Inflators Products Liability Litigation*, MDL No. 3051.

7      **IT IS SO ORDERED.**

8

9 Dated: _____, 2022

10                                              _____
                                                The Honorable Trina L. Thompson
                                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28