| | |
|---|---|
| 1 | MICHAEL D. LEFFEL, appearance *pro hac vice* |
| 2 | mleffel@foley.com<br>**FOLEY & LARDNER LLP** |
| 3 | 150 EAST GILMAN STREET, STE. 5000<br>MADISON, WI 53703-1482 |
| 4 | TELEPHONE:  608-257-5035<br>FACSIMILE:   608-258-4258 |
| 5 | Attorneys for Defendant |
| 6 | ARC AUTOMOTIVE, INC. |
| 7 | *Additional counsel listed on signature page* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BRITTON, EVA JACINTO, CELESTE FELICE, GLENDA DILLON, STEPHEN GEARHART, PATRICIA JONES, MELISSA WARREN, NICOLE SENKPEIL, ENIKO GEDO, JEREMY YOUNG, RHONDA HUNT MUHAMMED, KRISTEN LUIZ, ANTHONY RASPANTINI, FRANCINE LEWIS, and MATTHEW KAKOL, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>ARC AUTOMOTIVE, INC., AUDI AKTIENGESELLSCHAFT, AUDI OF AMERICA, LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, BMW OF NORTH AMERICA, LLC, FORD MOTOR COMPANY, GENERAL MOTORS, LLC, JOYSON SAFETY SYSTEMS, DR. ING. H.C.F. PORSCHE AG, POSRCHE CARS NORTH AMERICA, INC., TOYODA GOSEI NORTH AMERICA, INC., VOLKSWAGEN AKTIENGESELLSCHAFT, and VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>                              Defendants. | Case No. 3:22-cv-03053-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER RE STIPULATED ADMINISTRATIVE MOTION TO CONFIRM BENCH RULING**<br><br>Complaint Filed:  May 24, 2022<br><br>Hon. Trina L. Thompson |

# STIPULATION

Pursuant to L.R. 7-11(a) and 7-12, and as set forth more fully in the Stipulated Administrative Motion filed concurrently herewith, Plaintiffs John Britton, Eva Jacinto, Celeste Felice, Glenda Dillon, Stephen Gearhart, Patricia Jones, Melissa Warren, Nicole Senkpeil, Eniko Gedo, Jeremy Young, Rhonda Hunt Muhammed, Kristen Luiz, Anthony Raspantini, Francine Lewis, and Matthew Kakol (together, "Plaintiffs") and Defendants ARC Automotive, Inc., Audi of America, LLC, Ford Motor Company, General Motors, LLC, Joyson Safety Systems, Toyoda Gosei North America, Inc., Volkswagen Group of America, Inc., Porsche Cars North America, Inc., and BMW of North America, LLC (together, "Defendants") together stipulate that subject to the Court's approval, all proceedings and deadlines in this case are stayed pending the resolution of the Motion for Transfer of Actions to the Northern District of Georgia and for Consolidation Pursuant to 28 U.S.C. § 1407, pending before the Judicial Panel on Multidistrict Litigation as *In re ARC Inflators Products Liability Litigation*, MDL No. 3051.

Dated: September 2, 2022

/s/ Michael D. Leffel
MICHAEL D. LEFFEL, appearance *pro hac vice*
  mleffel@foley.com
**FOLEY & LARDNER LLP**
150 EAST GILMAN STREET, STE. 5000
MADISON, WI 53703-1482
TELEPHONE: 608-257-5035
FACSIMILE:   608-258-4258

JEFFREY A. SOBLE, appearance *pro hac vice*
  jsoble@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, STE. 3000
CHICAGO, IL 60654-4762
TELEPHONE: 312-832-4500
FACSIMILE:   312-832-4700

MICHAEL A. NARANJO, CA Bar No. 221449
  mnaranjo@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA ST., STE. 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415-434-4484
FACSIMILE:  415-434-4507

JOHN J. ATALLAH, CA Bar No. 294116
  jatallah@foley.com
KENDALL E. WATERS, CA Bar No. 329963
  kwaters@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER ST., STE. 3300

|   |   |
|---|---|
|   | LOS ANGELES, CA  90071-2418<br>TELEPHONE:  213-972-4500<br>FACSIMILE:  213-486-0065 |
|   | *Attorneys for Defendant ARC Automotive, Inc.* |
| Dated: September 2, 2022 | */s/ Elizabeth T. Castillo*<br>Niall P. McCarthy (SBN 160175)<br>nmccarthy@cpmlegal.com<br>Elizabeth T. Castillo (SBN 280502)<br>ecastillo@cpmlegal.com<br>Kevin J. Boutin (SBN 334965)<br>kboutin@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000 |
|   | Matthew D. Schultz (admitted *pro hac vice*)<br>mschultz@levinlaw.com<br>William F. Cash (admitted *pro hac vice*)<br>bcash@levinlaw.com<br>Scott Warrick (admitted pro hac vice)<br>swarrick@levinlaw.com<br>**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**<br>316 S. Baylen St., Suite 600<br>Pensacola, FL 32502<br>**Tel**: (850) 435-7140 |
|   | R. Frank Melton, II (admitted *pro hac vice*)<br>melton@newsomelaw.com<br>C. Richard Newsome (admitted *pro hac vice* )<br>newsome@newosmelaw.com<br>William C. Ourand, Jr. (admitted *pro hac vice*)<br>ourand@newsomelaw.com<br>**NEWSOME MELTON, P.A.**<br>201 S. Orange St., #1500<br>Orlando, FL 32801<br>Tel: (407) 280-1433 |
|   | Courtney L. Davenport (admitted *pro hac vice*)<br>courtney@thedavenportlawfirm.com<br>**THE DAVENPORT LAW FIRM, LLC**<br>18805 Porterfield Way<br>Germantown, MD 20874<br>Tel: (703) 901-1660 |
|   | *Counsel for Plaintiffs & the Proposed Classes* |
| Dated: September 2, 2022 | */s/ Amir M. Nassihi*<br>Amir M. Nassihi (SBN 235936)<br>anassihi@shb.com<br>**SHOOK HARDY & BACON L.L.P.**<br>555 Mission Street, Suite 2300 |

STIPULATION AND [PROPOSED] ORDER ON ADMINISTRATIVE MOTION
Case No. 3:22-cv-03053-TLT

|   |   |
|---|---|
| 1 | San Francisco, CA 94105 |
| 2 | (415) 544-1900<br>Fax: (415) 391-0281 |
| 3 | R. Kent Warren (pro hac vice application pending) |
| 4 | kwarren@mcguirewoods.com<br>Abigail A. Golden (admitted *pro hac vice*) |
| 5 | agolden@mcguirewoods.com<br>**MCGUIREWOODS LLP** |
| 6 | 201 N. Tryon St., Suite 3000<br>Charlotte, NC 28201 |
| 7 | 704-343-2365<br>Fax: 704-805-5081 |
| 8 | Perry Watson Miles, IV (admitted *pro hac vice*) |
| 9 | pmiles@mcguirewoods.com<br>**MCGUIREWOODS LLP** |
| 10 | Gateway Plaza<br>800 East Canal Street |
| 11 | Richmond, VA 23219<br>804-775-1039 |
| 12 | *Attorneys for Defendant Ford Motor Company* |

13  Dated: September 2, 2022          /s/ April Nelson Ross
14                                    April Nelson Ross (admitted *pro hac vice*)
                                      aross@crowell.com
15                                    Rachel P. Raphael (admitted *pro hac vice*)
                                      rraphael@crowell.com
16                                    **CROWELL & MORING LLP**
                                      1001 Pennsylvania Avenue NW
17                                    Washington, DC 20004
                                      (202) 624-2500
18
                                      Mariam Sarwar, I (SBN 329895)
19                                    msarwar@crowell.com
                                      **CROWELL & MORING LLP**
20                                    515 South Flower Street, 40th floor
                                      Los Angeles, CA 90071
21                                    269-719-5582

22                                    Nathaniel Philip Bualat (SBN 226917)
                                      nbualat@crowell.com
23                                    **CROWELL & MORING LLP**
                                      Three Embarcadero Center, 26th Floor
24                                    San Francisco, CA 94111
                                      (415) 986-2800
25                                    Fax: (415) 986-2827

26                                    *Attorneys for Defendant General Motors, LLC*

27  Dated: September 2, 2022          /s/ Benjamin W. Jeffers
28                                    Benjamin W. Jeffers (admitted *pro hac vice*)
                                      bjeffers@hhbjs.com

STIPULATION AND [PROPOSED] ORDER ON ADMINISTRATIVE MOTION
Case No. 3:22-cv-03053-TLT

|   |   |   |
|---|---|---|
| 1 |  | Andrew M. Gonyea (admitted *pro hac vice*) |
| 2 |  | agonyea@hhbjs.com<br>**HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC** |
| 3 |  | 1 Woodward Ave<br>Suite 2000 |
| 4 |  | Detroit, MI 48226<br>313-964-8600 |
| 5 |  | Fax: 313-964-8601 |
| 6 |  | *Attorneys for Defendant Key Safety Systems d/b/a Joyson Safety Systems* |
| 7 |  |  |
| 8 | Dated: September 2, 2022 | /s/ Lisa R. Weddle |
|   |  | David L. Schrader (SBN 149638) |
| 9 |  | dschrader@morganlewis.com<br>Lisa R. Weddle (SBN 259050) |
| 10 |  | lisa.weddle@morganlewis.com<br>**MORGAN LEWIS AND BOCKIUS LLP** |
| 11 |  | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 |
| 12 |  | 213-612-2500<br>Fax: 213-612-2501 |
| 13 |  |  |
| 14 |  | Mark Andrew Feller (SBN 319789)<br>mark.feller@morganlewis.com |
| 15 |  | **MORGAN LEWIS BOCKIUS LLP**<br>One Market, Spear Street Tower |
| 16 |  | San Francisco, CA 94105-1596<br>415-442-1000 |
| 17 |  | *Attorneys for Defendant Toyoda Gosei North America, Inc.* |
| 18 |  |  |
| 19 | Dated: September 2, 2022 | /s/ Livia M. Kiser |
|   |  | Livia M. Kiser (SBN 285411) |
| 20 |  | lkiser@kslaw.com<br>Michael B. Shortnacy (SBN 277035) |
| 21 |  | mshortnacy@kslaw.com<br>Susan V. Vargas (SBN 177972) |
| 22 |  | svargas@kslaw.com<br>**KING & SPALDING LLP** |
| 23 |  | 633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071 |
| 24 |  | Telephone: +1 213 443 4355<br>Facsimile: +1 213 443 4355 |
| 25 |  | *Attorneys for Defendants Volkswagen Group of America, Inc. and Audi of America, LLC* |
| 26 |  |  |
| 27 | Dated: September 2, 2022 | /s/ Derek Scott Whitefield |
|   |  | Derek Scott Whitefield |
| 28 |  | dwhitefield@dykema.com<br>Tamara A. Bush |

STIPULATION AND [PROPOSED] ORDER ON ADMINISTRATIVE MOTION
Case No. 3:22-cv-03053-TLT

tbush@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213-457-1800
Facsimile: 213-457-1850

*Attorneys for Defendant Porsche Cars North America, Inc.*

Dated: September 2, 2022

*/s/ Eric Y. Kizirian*
Eric Y Kizirian
eric.kizirian@lewisbrisbois.com
Zourik Zarifian
zourik.zarifian@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD AND SMITH**
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

*Attorneys for Defendant BMW of North America, LLC*

## ATTORNEY ATTESTATION

I, Michael D. Leffel, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Michael D. Leffel*

# [PROPOSED] ORDER

Having reviewed the Administrative Motion and Stipulation submitted jointly by the parties, the Court confirms, consistent with the August 29, 2022, minute order, that all proceedings and deadlines in this case are stayed pending the resolution of the Motion for Transfer of Actions to the Northern District of Georgia and for Consolidation Pursuant to 28 U.S.C. § 1407, pending before the Judicial Panel on Multidistrict Litigation as *In re ARC Inflators Products Liability Litigation*, MDL No. 3051.

**IT IS SO ORDERED.**

Dated: September 6, 2022

_____
The Honorable Trina L. Thompson
United States District Judge