Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Elizabeth T. Castillo (SBN 280502)
ecastillo@cpmlegal.com
Kevin J. Boutin (SBN 334965)
kboutin@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Counsel for Plaintiffs and the Proposed Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BRITTON, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ARC AUTOMOTIVE, INC., *et al.*,<br><br>  Defendants. | Master File No. 3:22-cv-03053-TLT<br>Hon. Trina L. Thompson<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may "dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i). No Defendant has served an answer or moved for summary judgment in this action. Plaintiffs therefore file this notice of dismissal of the action without prejudice.

Dated: August 23, 2023               Respectfully submitted,

                                     */s/ Elizabeth T. Castillo*
                                     Niall P. McCarthy (SBN 160175)
                                     nmccarthy@cpmlegal.com
                                     Elizabeth T. Castillo (SBN 280502)
                                     ecastillo@cpmlegal.com
                                     Kevin J. Boutin (SBN 334965)
                                     kboutin@cpmlegal.com
                                     **COTCHETT, PITRE & McCARTHY, LLP**
                                     840 Malcolm Road, Suite 200
                                     Burlingame, CA 94010
                                     Tel: (650) 697-6000

                                     Counsel for Plaintiffs and the Proposed Classes